IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| ASCENSION SETON D/B/A ASCENSION SETON MEDICAL CENTER AUSTIN,<br><br>*Plaintiff*,<br><br>v.<br><br>NATIONAL LABOR RELATIONS BOARD, a federal administrative agency, JENNIFER ABRUZZO, in her official capacity as the General Counsel of the National Labor Relations Board, LAUREN M. McFERRAN, in her official capacity as the Chairman of the National Labor Relations Board, MARVIN E. KAPLAN, GWYNNE A. WILCOX, and DAVID M. PROUTY, in their official capacities as Board Members of the National Labor Relations Board, and ELEANOR LAWS in her official capacity as an Administrative Law Judge of the National Labor Relations Board,<br><br>*Defendants* | CASE NO. 6-24-CV-00485 |

**ORDER GRANTING DEFENDANT'S MOTION TO TRANSFER**

Before the Court is the National Labor Relations Board's Motion for Intra-District Venue Transfer. ECF No. 17. Having considered the applicable transfer factors under 28 U.S.C. § 1404(a), the Court finds that the action could have been brought in the Austin Division of the Western District and the balance of convenience and justice weigh in favor of an intra-district transfer to the Austin Division. Accordingly, this matter will be transferred to Judge Alan Albright's docket at the Austin Division of the Western District of Texas.

**IT IS THEREFORE ORDERED** that Defendant's motion to transfer is **GRANTED.**

**SIGNED** this 1st day of October, 2024.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE